**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| EVELYN MATHEU DE ACOSTA | : | |
| 4715 Deer Park Road | | |
| Owings Mills, MD 21117 | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Case No. |
| | : | |
| REINSFELDER, INC. | : | |
| 108 Plunkett Road | | |
| Zelienople, PA 16063 | : | |
| | : | |
| and | : | |
| | : | |
| CHARLES MENSINGER | : | |
| 463 Hokendauqua Drive | | |
| Bath, PA 18014 | : | |
| | : | |
| Defendants | : | |

**NOTICE OF REMOVAL ON BEHALF OF DEFENDANTS REINSFELDER, INC. AND CHARLES MENSINGER**

The Defendants, Reinsfelder, Inc. and Charles Mensinger, by their attorneys, Bacon, Thornton & Palmer, LLP, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, file this Notice of Removal of this action from the Circuit Court for Baltimore County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, on the following grounds:

1.	On or about December 27, 2021, Plaintiff filed an action in the Circuit Court for Baltimore County, Maryland, Case No. C-03-CV-21-004269, against Defendants Reinsfelder, Inc. and Charles Mensinger.

2.	As of the date of this filing, neither Defendant has been served with process with a summons issued by the Circuit Court for Baltimore County, however undersigned counsel has advised counsel for Plaintiff on January 20, 2022 of authority to accept service on behalf of the

Defendants. In accordance with 28 U.S.C. § 1446(a), copies of the Complaint and the email correspondence accepting service are attached hereto as **Exhibits A** and **B**, respectively.

3. This Notice of Removal to this Court is filed within thirty (30) days after the acceptance of service of process of the Complaint, and is therefore timely pursuant to 28 U.S.C. § 1446(b).

4. Pursuant to the Complaint, Plaintiff, Evelyn Matheu De Acosta is an individual residing in Owings Mills, Baltimore County, Maryland and, pursuant to 28 U.S.C. § 1332(c)(1), is a citizen of the State of Maryland for diversity of citizenship jurisdiction.

5. Defendant Reinsfelder, Inc. is a Pennsylvania corporation with its principal place of business located at 108 Plunkett Road, Zelienople, Pennsylvania 16063 and, pursuant to 28 U.S.C. § 1332(c)(1), is a citizen of the State of Pennsylvania for purposes of diversity of citizenship jurisdiction.

6. Defendant Charles Mensinger resides at 463 Hokendauqua Drive, Bath, Pennsylvania 18014 and, pursuant to 28 U.S.C. § 1332(c)(1), is a citizen of the State of Pennsylvania for purposes of diversity of citizenship jurisdiction.

7. This action is a civil action which falls under this Court's original jurisdiction pursuant to 28 U.S.C. § 1332 (diversity of citizenship), and is one which may be removed to this Court by Defendants Reinsfelder, Inc. and Charles Mensinger pursuant to 28 U.S.C. § 1441 because this Court has original jurisdiction of this case under 28 U.S.C. § 1332(a).

8. Plaintiff is a citizen of the State of Maryland and the Defendants are citizens of the State of Pennsylvania and, therefore, complete diversity exits between Plaintiff and Defendants.

9. Plaintiff's Complaint seeks damages in an amount that exceeds $75,000.00.

10. Pursuant to 28 U.S.C. §§ 1332(a), 1441(a) and 1446(a), this Court has original jurisdiction over this action because the amount controversy exceeds $75,000.00 and because this action is between citizens of different states.

11. Venue is proper because this district embraces the jurisdiction in which Plaintiff initiated her lawsuit.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Circuit Court for Baltimore County, Maryland, and served to counsel for Plaintiff.  A copy of the Notice of Filing of Notice of Removal to the Clerk of the Circuit Court for Baltimore County, Maryland is attached hereto as **Exhibit C**.

13. No admission of fact, law or liability is intended by the filing of this Notice of Removal, and all defenses, affirmative defenses and motions are hereby reserved to Defendants Reinsfelder, Inc. and Charles Mensinger.

WHEREFORE, the Defendants, Reinsfelder, Inc. and Charles Mensinger, hereby remove the above-captioned matter which is now pending in the Circuit Court for Baltimore County, Maryland to this Court.

BACON, THORNTON & PALMER, L.L.P.

*/s/ Edward C. Bacon*
Edward C. Bacon, # 01256
Capital Office Park
6411 Ivy Lane, Suite 500
Greenbelt, MD  20770
301-345-7001
301-345-7075 - fax
ebacon@lawbtp.com
(Attorney for Defendants Reinsfelder, Inc. and Charles Mensinger)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 9th day of February, 2022, a copy of the foregoing Notice of Removal on Behalf of Defendants Reinsfelder, Inc. and Charles Mensinger, was electronically served upon and mailed, first class, postage prepaid, to:

Salvatore J. Zambri, Esq.
Emily C. Lagan, Esq.
Regan Zambri Long PLLC
1919 M Street, NW, Suite 350
Washington, DC 20036
202-463-3030
202-463-0667 – fax
szambri@reganfirm.com
elagan@reganfirm.com
(Attorneys for Plaintiff)

                                                */s/ Edward C. Bacon*
                                                Edward C. Bacon