## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

| | |
|---|---|
| **EVELYN MATHEU DE ACOSTA**<br>**4715 Deer Park Road**<br>**Owings Mills, MD 21117** | :<br>:<br>: |
| **Plaintiff,** | : |
| v. | : |
| **REINSFELDER, INC.**<br>**108 Plunkett Road**<br>**Zelienople, PA 16063** | :<br>:<br>: |
| <u>Serve</u>: **Edward P. Haser, President**<br>           **1023 North Avenue**<br>           **Millvale, PA 15209** | :       Case No. _____<br>          C-03-CV-21-004269<br>: |
| and | : |
| **CHARLES MENSINGER**<br>**463 Hokendauqua Drive**<br>**Bath, PA 18014** | :<br>:<br>: |
| **Defendants.** | : |

### COMPLAINT
### (Automobile Crash – Negligence)

### JURISDICTION AND VENUE

1. Jurisdiction is proper in this Court pursuant to Maryland Courts and Judicial Proceedings Article § 6-103 <u>et</u>. <u>seq</u>.

2. Venue is appropriate in this Court because the acts or omissions in question occurred in Baltimore County.

### PARTIES

3. Plaintiff Evelyn Matheu de Acosta is and was at all times relevant herein an adult resident of the State of Maryland.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

4. Upon information and belief, Defendant Reinsfelder, Inc. ("Defendant Reinsfelder") is a Pennsylvania corporation conducting business in Maryland.

5. Upon information and belief, Defendant Charles Mensinger ("Defendant Mensinger") is and was at all times relevant herein an adult resident of the Commonwealth of Pennsylvania.

6. At all times relevant herein, Defendant Mensinger was an agent, servant, and/or employee of Defendant Reinsfelder.

7. Defendant Mensinger was acting within the course and scope of his employment with Defendant Reinsfelder on January 15, 2020.

8. Defendant Reinsfelder is vicariously liable for the tortious acts and/or omissions committed by Defendant Mensinger, which directly and proximately caused serious and permanent injuries to Plaintiff.

## FACTS

9. On January 15, 2020, at approximately 6:45 a.m., Plaintiff was driving northbound on I-83 at Mile Point 20.91, near the intersection of I-83 and Middletown Road.

10. I-83 is a two-lane roadway.

11. Plaintiff was driving in the left lane.

12. At approximately the same time and place, Defendant Mensinger was operating a Kenworth TT tractor-trailer for Defendant Reinsfelder and traveling directly behind Plaintiff.

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

- 2 -

13. The commercial name of the truck Defendant Mensinger was driving was "Reinsfelder, Inc." (a/k/a Defendant Reinsfelder).

14. Suddenly and without warning, Defendant Mensinger violently collided with the rear of Plaintiff's car.

15. The force of the collision propelled Plaintiff into the right lane and into the rear of another passenger vehicle.

16. After striking the rear of Plaintiff's vehicle with great force, the tractor-trailer operated by Defendant Mensinger slammed into the rear of a second Kenworth TT tractor-trailer, also owned by Defendant Mensinger and/or Defendant Reinsfelder.

17. The force of the collision caused Plaintiff to lose consciousness, and she also lost sensation below her chest and had severe back pain.

18. Emergency responders had to extricate Plaintiff from her vehicle by removing both front doors.

19. Plaintiff was transported by ambulance to York Hospital, where she was admitted to the trauma department for treatment.

20. Plaintiff's vehicle was destroyed and towed from the scene.

21. As a direct result of the collision, Plaintiff sustained severe injuries, including, without limitation, a closed unstable burst fracture of the sixth thoracic vertebra with retropulsion of the majority of the vertebral body and resultant complete effacement of the spinal cord from the inferior margin of T5 to the superior margin of T7, subarachnoid hemorrhage, closed fracture of transverse process of lumbar vertebra, right-side carotid artery dissection, mid-thoracic step off deformity, lack of sensation

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

from the xiphoid process down, no voluntary movement in her bilateral lower extremities, blurry vision, and numerous bruises and contusions. Some or all of Plaintiff's injuries are permanent.

22. As a further direct result of the collision, Plaintiff has incurred, and will continue to incur, substantial medical bills and expenses associated with the treatment of her injuries; has suffered, and will continue to suffer, a loss of wages and wage-earning capacity; and has suffered, and will continue to suffer, significant physical and emotional pain, anguish, and other damages.

## COUNT I
**(Negligence: All Defendants)**

23. Plaintiff incorporates the foregoing paragraphs by reference.

24. At all times relevant herein, Defendant Mensinger owed Plaintiff and other motorists a duty to operate his vehicle with reasonable care and in a safe, prudent, and appropriate manner consistent with motor vehicle safety and traffic laws then and there in existence.

25. Defendant Mensinger breached the duty owed to Plaintiff and was negligent in the following ways:

    a. following too closely;

    b. failing to pay full time and attention to the operation of his vehicle;

    c. failing to keep a proper lookout under the conditions;

    d. driving while distracted;

    e. failing to maintain proper control of his vehicle;

    f. failing to operate his vehicle at a safe speed under the conditions;

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

      g.      failing to timely apply brakes or otherwise take appropriate actions to avoid or minimize the effects of the collision; and

      h.      in otherwise failing to adhere to the applicable traffic and motor vehicle regulations then and there in effect.

26.  As a direct result of Defendant Mensinger's negligence, Plaintiff suffered the injuries and damages set forth above.

27.  At the time of the negligence described in the preceding paragraphs, Defendant Mensinger was acting within the course and scope of his employment by Defendant Reinsfelder and was acting as an agent of Defendant Reinsfelder by furthering its business interest; accordingly, Defendant Reinsfelder is liable for Defendant Mensinger's negligence under the doctrine of *respondeat superior*.

WHEREFORE, Plaintiff Evelyn Matheu de Acosta demands judgment against Defendants Reinsfeld, Inc. and Charles Mensinger, jointly and severally, in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), plus interest and costs.

## JURY TRIAL DEMAND

Plaintiff requests a jury trial on all of the above claims.

    Respectfully submitted,

    REGAN ZAMBRI LONG PLLC

    By:   */s/ Salvatore J. Zambri*
            Salvatore J. Zambri #9306230390
            szambri@reganfirm.com
            Emily C. Lagan       #1906190053
            elagan@reganfirm.com
            1919 M Street, NW, Suite 350
            Washington, DC 20036
            PH:   (202) 463-3030
            Fx:   (202) 463-0667
            *Counsel for Plaintiff*

## **CERTIFICATE OF COMPLIANCE WITH RULE 20-201**

I HEREBY CERTIFY that, pursuant to Rule 20-201(f)(1)(a) of the Maryland Rules of Civil Procedure this filing does not contain any restricted information.

*Salvatore J. Zambri*

Regan Zambri Long
1919 M Street, NW
Suite 350
Washington, D.C. 20036

202-463-3030

Case 1:22-cv-00347-DLB   Document 1-1   Filed 02/09/22   Page 6 of 7

**IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**

| | |
|---|---|
| EVELYN MATHEU DE ACOSTA, | : |
| Plaintiff, | : |
| v. | : |
| REINSFELDER, INC., et al. | :     Case No. _____ C-03-CV-21-004269 |
| Defendants. | : |
| | : |

## LINE

Pursuant to Maryland Rule 1-313, this will certify that undersigned counsel is a member of the Maryland Bar.

                                                Respectfully submitted,

                                                REGAN ZAMBRI LONG PLLC

Date: July 7, 2021                    By:  */s/ Salvatore J. Zambri*
                                                               Salvatore J. Zambri #9306230390
                                                               szambri@reganfirm.com
                                                               1919 M Street, N.W., Suite 350
                                                               Washington, DC  20036
                                                               PH: (202) 463-3030
                                                               Fx:  (202) 463-0667
                                                               *Counsel for Plaintiff*

Date: July 7, 2021                    By:  */s/ Emily C. Lagan*
                                                               Emily C. Lagan    #1906190053
                                                               elagan@reganfirm.com
                                                               1919 M Street, N.W., Suite 350
                                                               Washington, DC  20036
                                                               PH: (202) 463-3030
                                                               Fx:  (202) 463-0667
                                                               *Counsel for Plaintiff*